IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS STEVEN CLARK,

    Plaintiff,            No. CIV S-03-1094 DFL GGH P

  vs.

UNITED STATES,

    Defendant.          <u>ORDER</u>

_____/

        On February 21, 2008, plaintiff filed a request for the return of personal property. This civil rights action was closed on December 10, 2003. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: March 19, 2009

                         /s/ Gregory G. Hollows
                         _____
                         UNITED STATES MAGISTRATE JUDGE

ggh: ab
clar1094.58